GEOFF HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Felicito Avendano Dominguez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FELICITO AVENDANO DOMINGUEZ,<br><br>          Defendant. | No. CR 12-00158 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM MAY 23, 2012 TO JUNE 20, 2012 |

**STIPULATION**

The parties are scheduled to appear before this Court on May 23, 2012 at 2:30 p.m.  The defense requests that the matter be continued by three weeks to June 20, 2012 so that the defense can obtain and review the police report relating to defendant's most recent arrest.  The government has no objection to this request.

The parties also agree that the time between May 23, 2012 and June 20, 2012 (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and

STIP. & ORDER
No. CR 12-00158 EMC                                     - 1 -

1  the ends of justice served by granting such a continuance outweigh the best interests of the public
2  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3  SO STIPULATED.

5  Dated:    5/22/12

   MELINDA HAAG
   United States Attorney

            /s/
   LOWELL POWELL
   Assistant United States Attorney

11 Dated:    5/22/12            /s/
   SHAWN HALBERT
   Attorney for Defendant

STIP. & ORDER
No. CR 12-00158 EMC            - 2 -

1 **ORDER**

2  For the reasons stated above, the Court continues the status date in this matter from May 23, at 2:30 p.m.
3 2012 to June 20, 2012 [~~or to~~ _____ \_\_\_, ~~2012~~].  IT IS FURTHER ORDERED that the time
4 between May 23, 2012 and June 20, 2012 should be excluded under the Speedy Trial Act; the
5 continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and
6 (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best
7 interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

9 SO ORDERED.

13 DATED:  May 22, 2012                                   _____
                                                          EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIP. & ORDER
No. CR 12-00158 EMC                - 3 -