| | |
|---|---|
| 1 | GEOFFREY HANSEN |
|   | Acting Federal Public Defender |
| 2 | SHAWN HALBERT |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| 5 | Counsel for Defendant Felicito Avendano Dominguez |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00158 EMC |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND [PR~~OP~~OSED] ORDER CONTINUING STATUS HEARING FROM JUNE 20, 2012 TO JULY 25, 2012 |
| v. | ) | |
| | ) | |
| FELICITO AVENDANO DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

The parties were scheduled to appear before this Court on June 20, 2012 at 2:30 p.m.  The matter was taken off calendar at the defendant's request and with the government's consent because undersigned defense counsel had been contacted by attorney Dustin Gordon, who stated that (1) the defendant's family has retained him, (2) Mr. Gordon needs to obtain a substitution of counsel form signed by the client, and (3) the June 20, 2012 date did not work for Mr. Gordon's office.

The defense requests that the matter be continued to July 25, 2012, at which time it is anticipated that new counsel will appear on behalf of Mr. Dominguez.  New counsel will provide

AMENDED STIP. & ORDER
No. CR 12-00158 EMC                                  - 1 -

1  undersigned defense counsel with a substitution of counsel form signed by the client before June 29,
2  2012, at which time undersigned counsel will sign the form and transfer the case file to the new
3  attorney.
4      The parties agree that the time between June 20, 2012 and July 25, 2012 should be excluded
5  under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective
6  preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served
7  by granting such a continuance outweigh the best interests of the public and the defendant in a
8  speedy trial.  18 U.S.C. § 3161(h)(7)(A).
9  SO STIPULATED.

Dated:    6/22/12

    MELINDA HAAG
    United States Attorney

    /s/

    LOWELL POWELL
    Special Assistant United States Attorney

    /s/

Dated:    6/22/12

    SHAWN HALBERT
    Attorney for Defendant

AMENDED STIP. & ORDER
No. CR 12-00158 EMC     - 2 -

**ORDER**

For the reasons stated above, the Court continues the status date in this matter from June 20, 2012 to July 25, 2012.  IT IS FURTHER ORDERED that the time between June 20, 2012 and July 25, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: June 26, 2012



_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

AMENDED STIP. & ORDER
No. CR 12-00158 EMC               - 3 -