```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-6973
7      Fax: (415) 436-7234
       E-Mail: Carolyn.Silane@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00158 EMC |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND [P~~ROPOS~~ED] ORDER CONTINUING STATUS HEARING FROM JULY 25, 2012 TO AUGUST 22, 2012 |
| v. | ) | |
| FELICITO AVENDANO DOMINGUEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties were scheduled to appear before this Court on July 25, 2012.  Dustin Gordon, Esq. of the Cooper Law Offices filed a Notice of Substitution of Counsel on July 20, 2012, and requested the continuance to obtain information from former counsel, AFPD Shawn Halbert.  The parties have agreed to continue the hearing from July 25, 2012 to August 22, 2012, subject to the Court's approval.

The parties agree that the time between July 25, 2012 and August 22, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and

STIPULATION AND [PROPOSED] ORDER
[CR 12-00158 EMC]

effective preparation of counsel, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED

Dated: July 24, 2012

          MELINDA HAAG
          United States Attorney

          /s/
          CAROLYN SILANE
          Special Assistant United States Attorney

Dated:  July 24, 2012

          /s/
          DUSTIN GORDON
          COOPER LAW OFFICES
          Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
[CR 12-00158 EMC]

**ORDER**

For the reasons stated above, the Court continues the status date in this matter from July 25, 2012 to August 22, 2012.  IT IS FURTHER ORDERED that the time between July 25, 2012 and August 22, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective preparation of counsel, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: 7/24/12



THE HONORABLE EDWARD M. CHEN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
[CR 12-00158 EMC]                    2