COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
FELICITO AVENDANO DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00158 EMC |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. | ) ) | |
| FELICITO AVENDANO DOMINGUEZ, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The parties are scheduled to appear before this Court on September 12, 2012. The parties have agreed to continue the hearing from September 12, 2012 to October 17, 2012, at the hour of 2:00 p.m., subject to the Court's approval.

The parties agree that the time between September 12, 2012 and October 17, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective preparation of counsel, 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an extension of time outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 10, 2012          /s/ DUSTIN GORDON
                                   Attorney for FELICITO AVENDANO DOMINGUEZ

DATED: September 10, 2012          /s/ CAROLYN SILANE
                                   Assistant United States Attorney

## <u>ORDER</u>

For the reasons stated above, the Court continues the status date in this matter from September 12, 2012 to October 17, 2012. IT IS FURTHER ORDERED that the time between September 12, 2012 and October 17, 2012, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:_____   9/11/12



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

D M. CHEN

Ur