COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
FELICITO AVENDANO DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00158 EMC |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. | ) ) | |
| FELICITO AVENDANO DOMINGUEZ, | ) ) | |
| Defendant. | ) ) | |

The parties are scheduled to appear before this Court on October 17, 2012. The parties have agreed to continue the hearing from October 17, 2012 to November 7, 2012, at the hour of 2:30 p.m. [2:00 struck through], subject to the Court's approval.

The parties agree that the time between October 17, 2012 and November 7, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective preparation of counsel, 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an extension of time outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 15, 2012          /s/ DUSTIN GORDON
                                 Attorney for FELICITO AVENDANO DOMINGUEZ

DATED: October 15, 2012          /s/ CAROLYN SILANE
                                 Assistant United States Attorney

-1-

# ORDER

For the reasons stated above, the Court continues the status date in this matter from October 17, 2012 to November 7, 2012. IT IS FURTHER ORDERED that the time between October 17, 2012 to November 7, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: 10/15/12                         _____
                                        THE HONORABLE EDWARD M. CHEN
                                        United States District Court