COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
FELICITO AVENDANO DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-00158 EMC |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| vs. ) | |
| FELICITO AVENDANO DOMINGUEZ, ) | |
| Defendant. ) | |

The parties are scheduled to appear before this Court on November 7, 2012. The parties have agreed to continue the hearing from November 7, 2012 to November 28, 2012, at the hour of 2:00 p.m., subject to the Court's approval.

The parties agree that the time between November 7, 2012 and November 28, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of counsel and effective preparation of counsel, 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an extension of time outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 6, 2012          /s/ DUSTIN GORDON
                                 Attorney for FELICITO AVENDANO DOMINGUEZ

DATED: November 6, 2012          /s/ CAROLYN SILANE
                                 Assistant United States Attorney

# ORDER

For the reasons stated above, the Court continues the status date in this matter from November 7, 2012 to November 28, 2012. IT IS FURTHER ORDERED that the time between November 7, 2012 to November 28, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: 11/6/12



THE ~~HONORABLE EDWARD~~ M. CHEN
United ~~States District Judge~~